UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 14-26242
Kulwant Singh and Kiranjit Kaur )
)
) Chapter: 13
)
) Honorable Timothy Barnes
)
)
Debtor(s) )

**ORDER MODIFYING DEBTORS' PLAN POST-CONFIRMATION**

THIS MATTER coming to be heard on the DEBTORS' MOTION TO MODIFY, the Court having jurisdiction, with due notice having been given, the Court orders as follows:

IT IS HEREBY ORDERED:

The Debtors' plan is modified post-confirmation to defer the unpaid tax refunds to the end of the plan.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated: July 20, 2017

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600